UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: LEVENTHAL & KLEIN, LLP

| | | |
|---|---|---|
| ABU CAMARA | Plaintiff(s) | Index # 07 CV 5874 (PRESKA) |
| - against - | | |
| CITY OF NEW YORK, ETAL | | Purchased June 21, 2007 |
| | Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 9, 2007 at 03:17 PM at

DIVISION OF LEGAL SERVICES
33 BEAVER STREET
17TH FLOOR
NEW YORK, NY 10004

deponent served the within SUMMONS AND COMPLAINT on NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES therein named.

BY LEAVING A TRUE COPY WITH NICOLE SMITH, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 28 | 5'9 | 150 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 10, 2007

| | | | |
|---|---|---|---|
| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | ANDERSON CHAN |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 02GR4699723 | No. 01SM4997428 | No. 01GR6156780 | Invoice #: 443216 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires February 10, 2010 | Comm. Expires June 8, 2010 | Comm. Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728