Fax:
Mar 28 2008 07:48pm  P002/003



> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/31/08

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JORDAN M. SMITH**
(212) 788-0869
fax: (212) 788-9776
josmith@law.nyc.gov

March 28, 2008

**BY FAX**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

Re:    Abu Camara v. City of New York, et al.
       07-CV-5874 (LAP)

Your Honor:

I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced federal civil rights lawsuit. In this case, plaintiff alleges he was subjected to the use of excessive force by New York City Department of Homeless Services police officers on March 24, 2006. After consulting with plaintiff's counsel, Brett H. Klein, Esq., I respectfully write to submit this joint request for an extension of the discovery deadline from March 31, 2008, to May 31, 2008.

There are several reasons for this request. The parties had been discussing settlement; plaintiff had made a demand the defendants had conveyed an offer. However, at the beginning of this month, Mr. Klein was in an automobile accident in which he suffered injuries which kept him out of work for several weeks. Therefore, the settlement negotiations have not progressed and the parties were unable to complete depositions. Mr. Klein is now back to work on a limited basis. The requested extension of the discovery deadline will give the parties an opportunity to attempt to resolve this matter without taking depositions.

Defendants further note that plaintiff's counsel has indicated to me that he has now served two of the three individually named defendants who were added in plaintiff's Amended Complaint. The requested extension of discovery will allow time for this office to complete the N.Y. Gen. Mun. L, § 50-k representation process with the newly named officers.

For these reasons, the parties jointly respectfully request that the discovery deadline be extended from March 31, 2008, to May 31, 2008. Should the Court grant this

request, we further respectfully request a corresponding 60-day extension of the deadline for submission of pre-trial order to June 30, 2008.

Thank you for your consideration of this request.

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
March 31, 2008

Respectfully submitted,

Jordan M. Smith
Assistant Corporation Counsel

cc:     Brett H. Klein, Esq.  (by fax)
        Attorney for Plaintiff

2