AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Abu Camara

**SUMMONS IN A CIVIL ACTION**

V.

City of New York, Brian Czenszak, Calixto Conde, J.R. Jennings, et al.

CASE NUMBER: 07 CV 5874 (LAP)

TO: (Name and address of Defendant)

DHS Officer Brian Czenszak (Shield No. 328)
General Counsel of the New York City Department of Homeless Services
33 Beaver Street
New York, N.Y. 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      JAN 1 5 2008

CLERK  /s/ Marcos Quintero                              DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2/28/08 |
| NAME OF SERVER *(PRINT)* Anderson Chan | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: General Counsel of the NYC Dept. of Homeless Services, 33 Beaver St., 17th fl. New York, NY 10004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served upon Gloria Langlais, counsel to the deft. F/W/B/40/5'5/130

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/28/08
_____
Date

X _____
*Signature of Server*
Anderson Chan - Lic.# 1220122

315 Broadway, 3rd fl., NY, NY 10007
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.