



| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ROBYN N. PULLIO<br>*Assistant Corporation Counsel*<br>Special Federal Litigation Division<br>Tel.: (212) 788-1090<br>Fax: (212) 788-9776<br>Email: rpullio@law.nyc.gov |
|---|---|---|

July 31, 2008

**BY FAX**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, N.Y. 10007
Fax: (212) 805-7941

    Re:    Abu Camara v. City of New York, et al., 07 CV 5874 (LAP)

Your Honor:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced federal civil rights lawsuit. After consulting with plaintiff's counsel, Brett H. Klein, Esq., I respectfully write to submit this joint request for an extension of the discovery deadline from August 1, 2008, to October 1, 2008.

    This is the parties' third request for an extension of time to complete discovery. The first discovery extension request was granted on March 31, 2008, after discovery was delayed as a result of Mr. Klein's involvement in an automobile accident in which he suffered injuries which kept him out of work for several weeks. The second discovery extension request was granted on June 3, 2008, after former Assistant Corporation Counsel Jordan M. Smith resigned from the Office of the Corporation Counsel and I assumed defendants' representation in this case.

    As Your Honor may recall, the plaintiff in this case alleges that on March 24, 2006, he was seized and assaulted by officers working for the New York City Department of Homeless Services in the vicinity of Camp LaGuardia, a facility in Orange County operated at the time of the incident by the Department of Homeless Services, which is now closed. Plaintiff further alleges that after he was assaulted, he sought treatment for his injuries at the medical facilities located on the grounds of Camp LaGuardia.

1

There are several reasons for this request for an extension of discovery. To date, the parties have continued to discuss settlement in hopes of reaching a resolution to this matter. Since the last extension of the discovery deadline, Mr. Klein requested that I investigate certain notations contained within the medical records that were made by employees of The Greater Hudson Valley Family Health Center, Inc., which is the agency that the Department of Homeless Services contracted to perform medical services at Camp LaGuardia at the time of the incident. As is noted above, Camp LaGuardia is now closed, and, consequently, The Greater Hudson Valley Family Health Center, Inc. is no longer performing medical services at Camp LaGuardia. As a result, it took some time to obtain the proper contact information and speak with the specific employee from The Greater Hudson Valley Family Health Center, Inc., that could speak to the inquiries posed by Mr. Klein. After this was done, I communicated to Mr. Klein the information that he had requested, and, since that time, the parties have made progress in settlement negotiations. We are continuing to negotiate in good faith and believe that we can come to a resolution in this matter. The requested extension of the discovery deadline will give the parties an opportunity to attempt to resolve this matter without taking depositions. However, in the event that settlement negotiations fail, the additional discovery extension will allow the parties to begin taking the depositions which will be necessary in order to complete discovery in this matter.

For these reasons, the parties jointly respectfully request that the discovery deadline be extended from August 1, 2008, to October 1, 2008. Should the Court grant this request, we further respectfully request a corresponding 60-day extension of the deadline for submission of the joint pre-trial order to October 31, 2008.

Thank you for your consideration of this request.

*So ordered*
*Loretta A. Preska*
*USDJ*
*August 3, 2008*

Respectfully submitted,

Robyn N. Pullio (RP 7777)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: **BY FAX**
Brett H. Klein, Esq.
Leventhal & Klein, LLP
Attorney for Plaintiff
45 Main Street, Suite 820
Brooklyn, N.Y. 11201
Fax: (718) 522-3225

2